# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
    EILEEN COOPER                   :    Bankruptcy No. 17-11232 REF
                                        :
    Debtor                          :    Chapter 13

## CERTIFICATION OF NO OBJECTION

AND NOW, this 29th day of May, 2018, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 3, 2018 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated:  May 29, 2018                     s/   David S. Gellert
                                                                            David S. Gellert, Esquire
                                                                            David S. Gellert, P.C.
                                                                            3506 Perkiomen Avenue
                                                                            Reading, PA 19606
                                                                            (610) 779-8000
                                                                            Fax: (610) 370-1393
                                                                            dsgrdg@ptdprolog.net