**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| EILEEN COOPER | : | Bankruptcy No. 17-11232 REF |
| | : | |
| Debtor | : | Chapter 13 |

**ORDER APPROVING COMPENSATION**

Upon consideration of the Application for Compensation and Reimbursement of

Expenses by David S. Gellert, Esquire, counsel for Debtor, and the failure of any creditor or

party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by

David S. Gellert, Esquire, counsel for Debtor, in the amount of $4,450.00 for compensation and

the amount of $487.72 for reimbursement of expenses, is hereby approved; $1,560.00 of which

has been paid.

BY THE COURT:

**Date: May 30, 2018**

_____

Richard E. Fehling
United States Bankruptcy Judge