United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11232-elf
Eileen Cooper                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: DonnaR             Page 1 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: 138NEW          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
```
db            +Eileen Cooper,    10 East Wilson Avenuve,    Wernersville, PA 19565-1311
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13870880      +Arcadia Recovery Bureau LLC,    P. O. Box 6768,    Reading, PA 19610-0768
13870881      +Berks Medical Equipment,    SJH Services Corporation,    P. O. Box 41309 Dept 310,
               Nashville, TN 37204-1309
13870882      +Bornemann Health Corp.,    P. O. Box 7777-W4800,    Philadelphia, PA 19175-0001
13870883     ++GENERAL SERVICE BUREAU INC,    10303 CROWN POINT AVE,    STE 210,    OMAHA NE 68134-1281
              (address filed with court: General Service Bureau Inc.,    5807 N. 102nd St.,    Omaha, NE 68134)
13870886      +LPFA, LLC,    220 W. Lancaster Ave.,    Reading, PA 19607-1860
13870885      +LPFA, LLC,    615 E. Lancaster Ave.,    Shillington, PA 19607-1366
13870884       Linebarger Goggan Blair,    & Sampson,    P. O. Box 90128,    Harrisburg, PA 17109-0128
13870888      +PA Office of Attorney General,    Collections Unit,    14th Fl., Strawberry Square,
               Harrisburg, PA 17120-0001
13870889      +Robert W. Williams, Esq.,    Milstead & Associates LLC,    1 E. Stow Rd.,
               Marlton, NJ 08053-3118
13870890      +Roosevelt Management Co. LLC,    1755 Wittington Place,    Suite 400,    Dallas, TX 75234-1928
13870891      +Rushmore Loan Mgmt Svs LLC,    15480 Laguna Canyon Rd.,    Suite 100,    Irvine, CA 92618-2132
13870892      +St. Joseph Medical Center,    Patient Financial Services,    1643 Lewis Ave., Ste. 203,
               Billings, MT 59102-4151
13870893       St. Joseph Medical Group,    Physician Billing Office,    P. O. Box 102388,
               Atlanta, GA 30368-2388
13870894       St. Joseph Regional Health Network,    P. O. Box 4545,    Lancaster, PA 17604-4545
13974427      +U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 55004,    Irvine, CA 92619-5004
13870895     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank, N.A.,    60 Livingston Ave.,    Saint Paul, MN 55107-2292)
13895479       Wells Fargo Bank, N.A.,    d/b/a Wells Fargo Dealer Svcs.,    PO Box 19657,
               Irvine, CA  92623-9657
13870896       Wells Fargo Dealer Services,    P. O. Box 168048,    Irving, TX 75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:22
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:39     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:18     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13870879       E-mail/Text: ebn@21stmortgage.com Dec 14 2019 02:56:26     21st Mortgage Corporation,
               620 Market St., Ste. 100,    Knoxville, TN 37902
14101819      +E-mail/Text: dsgrdg@ptdprolog.net Dec 14 2019 02:56:00     David S. Gellert, Esquire,
               David S. Gellert, P.C.,    3506 Perkiomen Avenue,    Reading, PA 19606-2711
13870883       E-mail/Text: bankruptcy@gsbcollect.com Dec 14 2019 02:55:50     General Service Bureau Inc.,
               5807 N. 102nd St.,    Omaha, NE 68134
13870887       E-mail/Text: blegal@phfa.org Dec 14 2019 02:56:27     PA Housing Finance Agency,
               P. O. Box 15206,    Harrisburg, PA 17105-5206
13966086       E-mail/Text: blegal@phfa.org Dec 14 2019 02:56:28     PHFA/HEMAP,    211 NORTH FRONT ST,
               PO BOX 8029,    HARRISBURG, PA 17105
13875599      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2019 02:59:45
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13936733       E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2019 02:56:02
               Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 10
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: DonnaR              Page 2 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: 138NEW           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DAVID S. GELLERT    on behalf of Debtor Eileen  Cooper dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Plaintiff Eileen  Cooper dsgrdg@ptdprolog.net
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Eileen Cooper
      Debtor(s)      Bankruptcy No: 17−11232−elf
       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                         400 Washington Street
                               Suite 300
                             Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                              For The Court
                                                            Timothy B. McGrath
                                                             Clerk of Court

Dated: 12/13/19

                                                                                                                                                    42 − 40
                                                                                                                                               Form 138_new