***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Eileen Cooper
    Debtor(s)                                         Case No: 17–11232–elf
                                                                   Chapter: 13

_____

***STATUS HEARING***

To the debtor, debtor's counsel, and any party in interest:

    NOTICE is hereby given that a Status hearing will be held before the Honorable Eric L. Frank ,

    United States Bankruptcy Court

    on 2/6/20 at 11:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601 .

                                                                       For The Court

                                                                       Timothy B. McGrath
                                                                       Clerk of Court