United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eileen Cooper  
    Debtor

Case No. 17-11232-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: BarbaraS     Page 1 of 1     Date Rcvd: Jan 23, 2020  
                 Form ID: 150     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.  
db         +Eileen Cooper,    10 East Wilson Avenuve,    Wernersville, PA 19565-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 03:06:08      Synchrony Bank,  
          c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:  
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        DAVID S. GELLERT    on behalf of Debtor Eileen   Cooper dsgrdg@ptdprolog.net  
        DAVID S. GELLERT    on behalf of Plaintiff Eileen   Cooper dsgrdg@ptdprolog.net  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                          TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Eileen Cooper
    Debtor(s)

Case No: 17–11232–elf

Chapter: 13

___

*STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

    NOTICE is hereby given that a Status hearing will be held before the Honorable Eric L. Frank ,

    United States Bankruptcy Court

    on 2/6/20 at 11:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601 .

    For The Court

    Timothy B. McGrath
    Clerk of Court